%JS 45 (5/97) - (Revised USAO MA 11/15/05)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** DEA

**City** Boston    **Related Case Information:**    07 CR 10005 NMG

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Gerald Scott    Juvenile: [ ] Yes  [X] No

Alias Name: _____

Address: _____

Birth date (Year only): 1970   SSN (last 4 #): 4377   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Theodore B. Heinrich    Bar Number if applicable _____

**Interpreter:** [ ] Yes  [X] No    List language and/or dialect: _____

**Victims:** [ ] Yes  [X] No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) [ ] Yes  [ ] No

**Matter to be SEALED:** [X] Yes  [ ] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____ .
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint    [ ] Information    [X] Indictment

**Total # of Counts:** [ ] Petty _____   [ ] Misdemeanor _____   [X] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

JS 45 (5/97) - (Revised USAO MA 11/15/05) P. 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant _____Gerald Scott_____

**07 CR 10005 NMG**

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 841(a)(1) | Distribution of Cocaine Base | 1 |
| Set 2  18 USC 853 | Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**