%JS 45 (5/97) - (Revised USAO MA 11/15/05)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

Place of Offense: __Massachusetts__    Category No. __II__    Investigating Agency __DEA__

City __Boston__    Related Case Information    **07-CR 10005 NMG**

County __Suffolk__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Kelly Smoak__    Juvenile ☐ Yes [X] No

Alias Name _____

Address _____

Birth date (Year only): __1972__ SSN (last 4 #): __4960__ Sex __M__ Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Theodore B. Heinrich__    Bar Number if applicable _____

Interpreter: ☐ Yes [X] No    List language and/or dialect: _____

Victims: ☐ Yes [X] No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: [X] Yes ☐ No

     [X] Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    [X] Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ [X] Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant _____ Kelly Smoak _____

**07 CR 10005 NMG**

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) | Distribution of Cocaine Base | 1, 2, 3, 4, 5 |
| Set 2 | 18 USC 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**