

# 21 linked to Dorchester gang charged with drug dealing

By Shelley Murphy, Globe Staff | January 11, 2007

A crackdown on Dorchester's Greenwood Street gang by Boston police and federal agents led to charges yesterday against 21 people, including three juveniles, for allegedly selling crack cocaine, law enforcement officials said.

Boston Police Commissioner Edward F. Davis said the arrests take "some very dangerous people who have been involved in violent activity and narcotics activity off the street."

People from Greenwood Street have been involved in "gun activity" with people from Hendry Street, Davis said in a telephone interview.

"We want people in the neighborhoods to know that if you participate in gun violence, we'll use any method we can to put you in jail," he added.

All 21 were charged with cocaine distribution. Eleven were charged in federal court, where they face stiffer penalties if convicted. The others were charged in state court.

Twelve of those charged were arrested early yesterday, four were already in custody on previous charges, and the remaining five were being sought late yesterday, officials said.

"We remain committed to bringing federal resources to bear on community crime problems, particularly in the area of gangs, guns, and drugs, so that our neighborhood streets are safe for all law abiding citizens," US Attorney Michael J. Sullivan said in a statement.

Two affidavits filed in federal court and unsealed yesterday indicated the arrests sprang from a continuing investigation, launched in

21 linked to Dorchester gang charged with drug dealing - The Boston Globe
Case 1:07-cr-10005-NMG    Document 156-2    Filed 12/22/08    Page 2 of 2
Page 2 of 4

November, "of drug dealing by known or suspected members and associates of a group sometimes known as the Greenwood Street gang operating in the area of Greenwood, Harvard, and Bernard Streets in Boston."

An undercover Boston police officer bought crack cocaine in November from two men who were among those arrested yesterday -- Gary Wallace, 19, and Chris Bryant, 35, both of Dorchester -- according to the affidavits.

The others charged in federal court include, Kelly Smoak, 34; Gerald Scott, 36; Fernando Phillips; Jean Janvier, 21; Kelly Walker, 24; John Webbe, 29; Nicholas Otey, 19; Melvin Green, 19; and Anthony Johnson 24.

Davis would not comment on how many shootings are believed to be linked to a feud between gangs from Greenwood and Hendry streets.

But he said that if there's insufficient evidence to charge suspected shooters, then police will pursue charges they believe they can prove.

"We will take steps to do whatever we can to put pressure on them to stop shooting at each other," he said.■

© Copyright 2007 Globe Newspaper Company.

**Ads by Google**                                          what's this

**Israeli Krav Maga VA/DC**
1st Week Of Training Free! Falls Church, VA
www.KravWorks.com

**Prepare to be Shocked**
Millions have already taken this amazing test. What's your RealAge?
RealAge.com

**Capital Jiu-Jitsu™**
MMA, Self Defense, CrossFit, Yoga Martial Arts & Fitness Have Evolved
www.GracieVA.com

More:

- Globe City/Region stories |
- Latest local news |
- Globe front page |
- Boston.com

Sign up for:
- Globe Headlines e-mail |
- Breaking News Alerts



LATEST LOCAL NEWS

▶ Analysis: Romney addresses authentic speech, too