UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kelly Smoak
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

CRIMINAL NO. 07-10005-NMG-01
CIVIL NO. 12-111916-NMG

FILED
IN CLERKS OFFICE
2015 MAR 27 P 1:44
U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerk:

    Please be advised I am the above person in caption of this case I hereby respectfully request a stamped filed copy of petitioner's objections to U.S.M.J. Collings Report and Recommendation of the cover sheet herein please find inside a pre-paid stamped envelope address back to petitioner.

Respectfully Submitted
Kelly Smoak

DATED: 3-24-14