# United States District Court
# District of Massachusetts

KELLY SMOAK,
    Petitioner,

v.                            CRIMINAL NO. 07-10005-NMG-01

UNITED STATES OF AMERICA,
    Respondent.

## *REPORT AND RECOMMENDATION ON MOTIONS UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN CUSTODY (##259, 311), AND MOTIONS FOR SUMMARY DISMISSAL (##291, 312)*

COLLINGS, U.S.M.J.

### I. Introduction

Kelly Smoak ("Smoak" or "petitioner") petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.

*After consideration of Petitioner's Objection thereto (Docket No. 330) which is overruled, Report and Recommendation is accepted and adopted and the §2255 Petition is DISMISSED.*

*s/ NMGorton, USDJ  4/9/14*