UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

Kelly Smoak,
    Petitioner,

v.

United States of America,
    Respondent./

Case No.: 07-10005-NMG-01

SECOND OR SUCCESSIVE MOTION TO CORRECT SENTENCE UNDER 28 U.S.C. § 2255 AND TO HOLD CASE IN ABEYANCE PENDING AUTHORIZATION FROM THE FIRST CIRCUIT

Kelly Smoak
Petitioner
F.C.I. Ray Brook
P.O. Box 900
Ray Brook, New York. 12977

Motion denied without prejudice; it may be re-filed when and if petitioner's request to file a second and successive petition under 28 U.S.C. §2255 is approved by the First Circuit Court of Appeals.

/s/ NMGorton, USDJ 8/9/16