Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Kelly Smoak                                           **Case Number:**   07-CR-10005

**Name of Sentencing Judicial Officer:** Honorable Nathaniel M. Gorton, U.S. District Judge

**Date of Original Sentence:** June 03, 2009

**Original Offense:** 4 Counts of Distribution of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and Forfeiture Allegation, in violation of 21 U.S.C. § 853

**Original Sentence:** 188 Months of custody followed by 72 Months of supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Expected to Commence:** March 19, 2020

## PETITIONING THE COURT

[  ]  To extend the term of supervision for     years, for a total term of     years
[X]  To modify the conditions of supervision as follows:

**The defendant shall reside at a Residential Reentry Center (RRC) for up to six (6) months, or until such time as he is able to secure suitable housing approved by the U.S. Probation Office. While a resident of the Residential Re-Entry Center, the defendant will abide by all program rules and regulations**

## CAUSE

Mr. Smoak is currently scheduled to release from the custody of the Bureau of Prisons on March 19, 2020. As Mr. Smoak is currently considered homeless, the U.S. Probation Office would like to secure him placement at a Residential Reentry Center until such time that he can secure a residence approved by the Probation Office. This modification is intended to expedite the RRC referral process. Mr. Smoak has agreed with this modification as indicated by the attached Probation Form 49.

Reviewed/Approved by:                                              Respectfully submitted,

*/s/ Brett Wingard*                                                */s/ James Pace*
Brett Wingard                                                      by  James Pace
Supervising U.S. Probation Officer                                 U.S. Probation Officer
                                                                   Date:         2/27/2020

**THE COURT ORDERS**
[  ]  No Action
[  ]  The Extension of Supervision as Noted Above
[  ]  The Modification of Conditions as Noted Above
[  ]  Other

| Prob 12B | - 2 - | **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender** |
|---|---|---|

_____
Signature of Judicial Officer

_____
Date