# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 1:07-cr-10005-1-NMG |
| | ) | |
| **KELLY SMOAK,** | ) | |
| | ) | |
| **Defendant** | ) | |

## COUNSEL'S MOTION FOR ISSUANCE OF CJA eVOUCHER FOR SERVICES RENDERED IN THIS REVOCATION CASE

Counsel was asked by the court on September 27, 2021 to represent the defendant in this revocation of supervised release matter. He was instructed to fill out and file a CJA-23 form requesting to be appointed counsel for the defendant. He did so and sent the completed form to the Magistrate Judge's clerk by email on September 29, 2021 after the bond hearing. The final revocation hearing was held on October 15, 2021. Mr. Smoak admitted to all the violations. He was found in violation and was sentenced to zero (0) months in custody and continued Supervised Release until March 18, 2026. D-420. Despite several voice mail messages and emails left with the courtroom clerk there has been no response to my request for issuance of the CJA appointment.

WHEREFORE, counsel respectfully asks that the Court review this matter and enter an appropriate order.

Respectfully submitted,

**KELLY SMOAK,**

By his attorney

/s/ Raymond E. Gillespie
Raymond E. Gillespie
BBO No.  192300
875 Massachusetts Ave  Suite 32
Cambridge, Massachusetts  02139
Telephone – (617) 661-3222
Facsimile –   (978) 274-2698
rgillespie1@prodigy.net

**CERTIFICATE  OF  SERVICE**

     I hereby certify that on October 29, 2021 the foregoing has been served on all persons listed in the Notice of Electronic Filing entered in the CM/ECF system in connection with this case.

/s/Raymond E. Gillespie
Raymond E. Gillespie

Mtn-eV 102921