UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 07-cr-10005-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| KELLY SMOAK, | ) | |

ASSENTED-TO MOTION TO CONTINUE REVOCATION HEARING

The United States of America, by and through Assistant United States Attorney John Dawley, and with the agreement of counsel for Defendant, Kelly Smoak, respectfully requests that the Court continue his final revocation hearing - presently scheduled for September 7, 2023 - to a date convenient for the Court, during the week of November 6, 2023. As grounds, the defendant's state case which gives rise to an alleged violation is scheduled for a bench trial in the Fall, and the parties are in discussion to propose stipulations to several alleged violations and a potential resolution to this matter without requiring an evidentiary hearing.

Counsel for the defendant assents to this request and the parties request that the time be excluded until the proposed new date for the hearing.

Respectfully submitted,

JOSHUA S. LEVY
United States Attorney

By:   /s/ John T. Dawley, Jr.
      John T. Dawley, Jr.
      Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 6, 2023

By:   /s/ John T. Dawley, Jr.
      John T. Dawley, Jr.
      Assistant U.S. Attorney

*Handwritten annotation:* Motion allowed; final revocation hearing is re-scheduled for Wednesday, Nov. 15, 2023, at 3:00 P.M. /s/ N Gorton, USDJ 09/07/2023